| | | | |
|---|---|---|---|
| Com. v. Bantum [4] | 03/09/2016<br>330 WAL<br>(2015) | Denied | Pa.Super.,<br>125 A.3d 450 |
| Com. v. Bass [5] | 03/17/2016<br>393 WAL<br>(2015) | Denied | Pa.Super.,<br>133 A.3d 67 |
| Com. v. Bell | 03/17/2016<br>784 MAL<br>(2015) | Denied | Pa.Super.,<br>131 A.3d 88 |
| Com. v. Bell [6] | 03/09/2016<br>481 EAL<br>(2015) | Denied | Pa.Super.,<br>125 A.3d 438 |
| Com. v. Bowman [7] | 03/08/2016<br>694 MAL<br>(2015) | Denied | Pa.Super.,<br>131 A.3d 88 |
| Com. v. Braswell [8] | 03/03/2016<br>569 EAL<br>(2015) | Denied | Pa.Super.,<br>118 A.3d 452 |
| Com. v. Brown [9] | 03/15/2016<br>410 WAL<br>(2015) | Denied | Pa.Super.,<br>133 A.3d 78 |
| Com. v. Brown | 03/22/2016<br>653 EAL<br>(2015) | Denied | Pa.Super.,<br>134 A.3d 493 |
| Com. v. Brown [10] | 03/08/2016<br>394 WAL<br>(2015) | Denied | Pa.Super.,<br>133 A.3d 75 |
| Com. v. Butler | 03/16/2016<br>488 WAL<br>(2015) | Denied | Pa.Super.,<br>105 A.3d 785 |
| Com. v. Byrd | 03/22/2016<br>640 EAL<br>(2015) | Denied | Pa.Super.,<br>134 A.3d 486 |

4. Justice EAKIN and WECHT did not participate in the consideration or decision of this matter.

5. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

6. Justice EAKIN did not participate in the consideration or decision of this matter.

7. Justice EAKIN did not participate in the consideration or decision of this matter.

8. Justice EAKIN did not participate in the consideration or decision of this matter.

9. Justice EAKIN and DONOHUE did not participate in the consideration or decision of this matter.

10. Justice EAKIN did not participate in the consideration or decision of this matter; Justice DONOHUE did not participate in the consideration or decision of this matter; Justice WECHT did not participate in the consideration or decision of this matter.